## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV4646                                                          Purchased/Filed: June 1, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*                    Plaintiff

against

*E&S Construction Corp.*                                                                  Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 7, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

___E&S Construction Corp.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___43___   Approx. Wt: ___118___   Approx. Ht: ___5'___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___F___   Other: ___

Sworn to before me on this

8th day of ___June, 2007___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704894

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**