52 DUANE STREET
NEW YORK, N.Y. 10007
TELEPHONE: 212-571-7100

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE and PAUL O'BRIEN
as TRUSTEES,

                           Plaintiffs,

      -against-

E&S CONSTRUCTION CORP.,

                           Defendant.
----------------------------------------------------------------X

07 CV 4646 (JGK)
ECF CASE

**ORDER TO SHOW CAUSE**
**FOR DEFAULT**
**JUDGMENT AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2007

      UPON the annexed affidavit of Andrew GraBois, Esq., sworn to the 26th day of July, 2007 and all of the proceedings had herein, let Defendant E&S Construction Corp. appear before Judge John G. Koeltl at this Federal Courthouse, Courtroom 12-B, located at 500 Pearl Street, New York, NY, 10007 on the 24 day of August, 2007 at 10 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against E&S Construction Corp. and in favor of plaintiffs, confirming an arbitration award dated April 2, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5:00__ P.M. on the __1st__ day of __August__, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before __August 20__ 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
       __7/30__, 2007

_____
Honorable John G. Koeltl
United States District Judge

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST IT, IN WHICH EVENT THE DEFENDANT WILL HAVE NO TRIAL.

THE PLAINTIFFS SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY __August 20, 2007__.

7/30/07                              _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 4646 (JGK)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY            **CLERKS**
FUND, NEW YORK CITY DISTRICT COUNCIL OF         **CERTIFICATE**
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES
                                Plaintiffs,
            -against-

E&S CONSTRUCTION CORP.,
                                Defendant.
-------------------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 1, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, E&S Construction Corp. on June 7, 2007, by delivering two (2) true copies thereof to Carol Vogt, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on June 11, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: July 26, 2007
New York, New York

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk