# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV4646

STATE OF NEW YORK        UNITED STATES DISTRICT COURT

Purchased/Filed: June 1, 2007

SOUTHERN DISTRICT

---

The New York City District Council of Carpenters Pension Fund, et al                     Plaintiff

against

E&S Construction Corp.                                                                      Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____June 7, 2007_____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____E&S Construction Corp._____ , the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section  306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:__43__    Approx. Wt:__118__    Approx. Ht:__5'__

Color of skin:__White__    Hair color:__Brown__    Sex:__F__    Other:_____

Sworn to before me on this

__8th__ day of _____June, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704894

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*