UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 4646 (JGK)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

E&S CONSTRUCTION CORP.,

Defendant.
----------------------------------------------------------------X

This action having been commenced on June 1, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant E&S Construction Corp. on June 7, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on June 11, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 26, 2007, ~~its~~ and the defendant having failed to appear in response to the Order to Show [cause] for a default judgment, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, that E&S Construction Corp. and its officers are ordered to produce any and all books and records relating to E&S Construction Corp. for the period of February 23, 2006 through April 2, 2007.

Dated: 8/24/07
New York, New York

_____
Honorable John G. Koeltl
United States District Judge

This document was entered on the docket on _____.